**Harold HUSEBY, alias "Slug" Huseby, Appellant, v. UNITED STATES of America.**

No. 9880.

Circuit Court of Appeals, Eighth Circuit.

Nov. 21, 1933.

Frank Ryan, of Morris, Minn., and E. S. Cary, of Minneapolis, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.

**Frank O. HUSEMANN, Appellant, v. UNITED STATES of America.**

No. 9932.

Circuit Court of Appeals, Eighth Circuit.

Jan. 24, 1934.

F. O. Husemann, for appellant.

Louis H. Breuer, U. S. Atty., of Rolla, Mo., and George C. Dyer, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.

**W. C. HUTCHENS et al. v. UNITED STATES.**

No. 7040.

Circuit Court of Appeals, Fifth Circuit.

Feb. 16, 1934.

Milton H. Lanier and Douglass Taylor, both of Huntsville, Ala., and Oliver D. Street, of Birmingham, Ala., for appellants.

Jim C. Smith, U. S. Atty., of Birmingham, Ala.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA). Upon the authority of United States v. Chambers (U. S.) 54 S. Ct. 434, 78 L. Ed. —— (opinion filed February 5, 1934), the judgment is reversed and annulled.

**Margaret A. JAMISON and Martha A. Jamison, Individually and as Surviving Executrices of the Estate of Christina Arbuckle, Deceased, Plaintiffs-Appellants, v. William H. EDWARDS, Formerly Collector of Internal Revenue, for the Second District of New York, Defendant-Appellee.**

**Margaret A. JAMISON and Martha A. Jamison, Individually, etc., Plaintiffs-Appellants, v. Frank Collis BOWERS, as Executor, etc., Defendant-Appellee.**

**Margaret A. JAMISON and Martha A. Jamison, Individually, etc., Plaintiffs-Appellants, v. John Z. LOWE, Jr., Formerly Collector, etc., Defendant-Appellee.**

**Margaret A. JAMISON and Martha A. Jamison, Individually and as Administratrices of the Estate of Catherine A. Jamison, Deceased, Plaintiffs-Appellants, v. William H. EDWARDS, Formerly Collector, etc., Defendant-Appellee.**

**Margaret A. JAMISON and Martha A. Jamison, Individually and as Administratrices, etc., Plaintiffs-Appellants, v. Frank Collis BOWERS, as Executor, etc., Defendant-Appellee.**

**Margaret A. JAMISON and Martha A. Jamison, Individually and as Administratrices, etc., Plaintiffs-Appellants, v. John Z. LOWE, Jr., Formerly Collector, etc., Defendant-Appellee.**

No. 244.

Circuit Court of Appeals, Second Circuit.

Feb. 19, 1934.

Frank I. Wideman, Asst. Atty. Gen., and J. Louis Monarch and Edward H. Horton, Sp. Assts. to Atty. Gen. (Martin Conboy, U. S. Atty., of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgments (3 F. Supp. 302) affirmed.

---

**J. C. NICHOLS REALTY CO., Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.**

No. 9867.

Circuit Court of Appeals, Eighth Circuit.

Nov. 2, 1933.

Sewall Key, Sp. Asst. to Atty. Gen., and E. Barrett Prettyman, Gen. Counsel Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review decision of United States Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of respondent and consent of petitioner.

---

**James A. KAMMERDINER, Appellant, v. S. R. BOWEN COMPANY and Jack F. Stephan, Appellees.**

No. 7319.

Circuit Court of Appeals, Ninth Circuit.

Jan. 29, 1934.

Hamer H. Jamieson, of Los Angeles, Cal., and Chas. E. Townsend, of San Francisco, Cal., for appellant.

J. Calvin Brown, of Los Angeles, Cal., for appellee Bowen Co.

Ford W. Harris and Harris, Whann & Foster, all of Los Angeles Cal., for appellee Stephan.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal (3 F. Supp. 986) dismissed, without costs; mandate forthwith.

---

**In the Matter of KEDSON'S SPORT SHOP, Inc., Bankrupt. Irving Trust Company, as Trustee in Bankruptcy of Kedson's Sport Shop, Inc., Appellee, Minnie Kedson, Appellant.**

No. 265.

Circuit Court of Appeals, Second Circuit.

Feb. 13, 1934.

Shaine & Weinrib, of New York City (Benjamin Seligman and Maurice L. Shaine, both of New York City, of counsel), for appellant.

Gustave J. Rosen, of New York City, for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.